UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP CAMACHO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

Defendant.

Case No. 1:24-cv-02408-JPC

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, the Declaration of Kathryn E. Cahoy and the exhibits thereto, and all other prior pleadings and proceedings in this action, Defendant American Express Travel Related Services Company, Inc. (incorrectly named as American Express Company), by and through its counsel, will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice plaintiff's Complaint. The basis for this motion is set forth in the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's June 10, 2024 Order (ECF No. 12), Plaintiff's opposition is due on or before August 12, 2024, and Defendant's reply, if any, is due on August 30, 2024.

Respectfully submitted,

Palo Alto, California
Dated: July 12, 2024

COVINGTON & BURLING LLP

By: /s/ *Kathryn E. Cahoy*
Kathryn E. Cahoy

3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
kcahoy@cov.com

*Attorney for Defendant American Express Travel Related Services Company, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, the foregoing document and the accompanying Memorandum of Law and Declaration of Kathryn E. Cahoy were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon all counsel registered through the ECF System.

*/s/ Kathryn E. Cahoy*