UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP CAMACHO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

Defendant.

Case No. 1:24-cv-02408-JPC

**DECLARATION OF KATHRYN E. CAHOY**

I, Kathryn E. Cahoy, declare as follows:

1. I am a partner of Covington & Burling LLP, which serves as counsel to Defendant American Express Travel Related Services Company, Inc. ("American Express") (incorrectly named as American Express Company) in this matter. I am admitted to practice before this Court.

2. I submit this Declaration to place certain exhibits before the Court in support of Defendant's Motion to Dismiss.

3. Attached as **Exhibit 1** is a true and correct copy of the Terms and Conditions for an application for the American Express Gold Card that are available online at https://www.americanexpress.com/us/credit-cards/ under the link entitled "Offer & Benefit Terms." The Terms and Conditions applicable to other American Express credit card applications are available at that link as well.

4. Attached as **Exhibit 2** is a true and correct copy of American Express's Online Privacy Statement that is available online at https://www.americanexpress.com/us/company/privacy-center/online-privacy-disclosures/#privacy-statement.

5. Attached as **Exhibit 3** is a true and correct copy of the homepage of americanexpress.com; this true and correct copy was generated on July 11, 2024.

6. Attached as **Exhibit 4** is a true and correct copy of the American Express Terms of Service that are available online at https://www.americanexpress.com/us/legal-disclosures/website-rules-and-regulations.html?inav=footer_Terms_of_Use.

7. Attached as **Exhibit 5** is a true and correct copy of the Meta Terms of Service that are available online at https://www.facebook.com/terms.php.

8. Attached as **Exhibit 6** is a true and correct copy of the Meta Privacy Policy that is available online at https://www.facebook.com/privacy/policy.

I declare under penalty of perjury of the laws that the foregoing is true and correct.

Executed on July 12, 2024.

Respectfully submitted,

*/s/ Kathryn E. Cahoy*
Kathryn E. Cahoy