COVINGTON

BEIJING BOSTON BRUSSELS DUBAI FRANKFURT
JOHANNESBURG LONDON LOS ANGELES NEW YORK
PALO ALTO SAN FRANCISCO SEOUL SHANGHAI WASHINGTON

Covington & Burling LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, CA 94306-2112
T +1 650 632 4700

**By CM/ECF**

January 8, 2024

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re: *Camacho v. American Express Company*, No. 1:24-cv-02408 (S.D.N.Y.)**

Dear Judge Cronan:

We write on behalf of Defendant American Express Travel Related Services, Inc. (incorrectly named as American Express Company). Pursuant to Rule 6(C) of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request oral argument on Defendant's Motion to Dismiss the Amended Complaint (ECF No. 19).

Respectfully submitted,

*/s/ Kathryn E. Cahoy*

Kathryn E. Cahoy