UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
PHILIP CAMACHO, individually and on behalf of all :
others similarly situated, :
:
:
Plaintiff,    :    24 Civ. 2408 (JPC)
:
-v-    :    ORDER
:
AMERICAN EXPRESS COMPANY, :
:
Defendant.    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties are directed to appear at a telephonic conference on June 11, 2025, at 10:00 a.m.  The parties should be prepared to discuss whether Plaintiff Philip Camacho's First Amended Complaint, Dkt. 18, adequately alleges that Camacho suffered an injury in fact for purposes of establishing Article III standing.  *See generally TransUnion LLC v. Ramirez*, 594 U.S. 413 (2021).  The parties should also be prepared to offer their views as to whether supplemental briefing and/or further leave to amend to address the standing issue would be appropriate.

      Unless the Court orders otherwise, the Court will conduct the conference via Webex.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

      SO ORDERED.

Dated: June 6, 2025
      New York, New York

                                                               JOHN P. CRONAN
                                                          United States District Judge