# BURSOR & FISHER, P.A.

**1330 AVENUE OF THE AMERICAS**  
**32ND FLOOR**  
**NEW YORK, NY 10019**  
www.bursor.com

**PHILIP L. FRAIETTA**  
Tel: **646.837.7150**  
Fax: **212.989.9163**  
pfraietta@bursor.com

June 13, 2025

<u>*Via ECF*</u>

The Honorable John P. Cronan  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

*Re: Camacho v. American Express Company*, Case No. 1:24-cv-02408-JPC (S.D.N.Y.)

Dear Judge Cronan:

     I represent Plaintiff Camacho in the above-captioned matter. As a follow up to the parties' June 11, 2025 telephonic conference, I write to inform the Court that Plaintiff wishes to file a Second Amended Complaint, and respectfully requests until July 14, 2025, to do so. I have conferred with counsel for Defendant and Defendant does not object to this request. The parties will also use the time to discuss the case as necessary.

     Thank you for your consideration.

Very truly yours,

Philip L. Fraietta

CC:    All counsel of record (via ECF)