IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PHILIP CAMACHO, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

AMERICAN EXPRESS COMPANY,

        Defendant.

Case No. 1:24-cv-02408-JPC

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff Philip Camacho, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the Complaint against Defendant American Express Company, with prejudice.

Dated: August 6, 2025

Respectfully Submitted,

*[signature]*
Alec M. Leslie

**BURSOR & FISHER, P.A.**
Alec M. Leslie
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email: aleslie@bursor.com

*Attorney for Plaintiff*